Liza M. Walsh
CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey  07068
(973) 535-0500

Robert C. Sullivan, Jr.
George E. Hykal
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Telephone: (212) 527-7700
Facsimile: (212) 527-7701

David K. Tellekson
DARBY & DARBY P.C.
1191 Second Avenue
Seattle, WA 98101-3404
Telephone: (206) 262-8900
Facsimile: (206) 262-8901

Attorneys for Defendants Glenmark Generics Inc., USA
(formerly Glenmark Pharmaceuticals Inc., USA) and
Glenmark Pharmaceuticals Ltd.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SCHERING CORPORATION and MSP SINGAPORE COMPANY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLENMARK PHARMACEUTICALS INC., USA and GLENMARK PHARMACEUTICALS LTD., <br><br> Defendants. | Civil Action No. 07-cv-1334 (JLL)(ES) <br><br> **FILED ELECTRONICALLY** <br><br> **NOTICE OF MOTION FOR GLENMARK'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1-5 AND 7-13 (DOUBLE PATENTING)** <br><br> **Oral Argument Requested** |

To: Jason E. Halper, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791

David T. Pritikin, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on August 17, 2009, or as soon thereafter as counsel can be heard, the undersigned counsel for defendants, Glenmark Generics Inc., USA (formerly Glenmark Pharmaceuticals Inc., USA) and Glenmark Pharmaceuticals Ltd. (collectively, "Glenmark"), shall move before the Honorable Jose L. Linares, U.S.D.J., at the United States District Court for the District of New Jersey, M.L.K., Jr. Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order granting Glenmark's Motion for Summary Judgment of Invalidity of Claims 1-5 and 7-13 (Double Patenting).

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Glenmark shall rely upon Glenmark's Memorandum of Law in Support of Motion for Summary Judgment of Invalidity of Claims 1-5 and 7-13 (Double Patenting), the Declaration of George Hykal in Support of Glenmark's Motion for Summary Judgment with Exhibits and Glenmark's Statement of Material Facts Not in Dispute. A proposed Order is also submitted.

**PLEASE TAKE FURTHER NOTICE** that Glenmark requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 7.1, this motion may be deemed uncontested and the proposed form of Order may be signed by the Court unless responsive papers are timely filed and served in opposition to the relief sought.

Dated: July 8, 2009                     s/ Liza M. Walsh
                                                                                  Liza M. Walsh
                                                                                  CONNELL FOLEY LLP

- 3 -

          85 Livingston Avenue
Roseland, New Jersey  07068
Telephone: (973) 535-0500
Facsimile: (973) 535-9217
lwalsh@connellfoley.com

Attorneys for Defendants Glenmark Generics Inc., USA (formerly Glenmark Pharmaceuticals Inc., USA) and Glenmark Pharmaceuticals Ltd.

- 3 -